Jennifer Fiore, Esq. (SBN: 203618)
Sophia Achermann, Esq. (SBN: 262712)
Alexandra A. Hamilton, Esq. (SBN: 280834)
FIORE ACHERMANN
340 Pine Street, Suite 503
San Francisco, CA 94104
Tel./Fax: (415) 550-0650
Email:  jennifer@theFAfirm.com
         sophia@theFAfirm.com
         alexandra@theFAfirm.com

Richard Margarita, Esq. (SBN: 175819)
LAW OFFICE OF RICHARD P. MARGARITA
4750 J Street, Suite 19153
Sacramento, CA 95819
Tel: (916) 248-8570
Fax: (888) 346-7927
Email: richardmargarita@sbcglobal.net

Attorneys for Plaintiff
ALEJANDRO ARCEO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ARCEO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF ROSEVILLE; et al.<br><br>    Defendants. | Case No.:  2:20-cv-02334-TLN-DB<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

1

Plaintiff Alejandro Arceo and Defendants County of Placer, Sheriff Devon Bell, and Captain David Powers (collectively "County Defendants"), acting through counsel, hereby stipulate to an extension for Plaintiff to file his opposition to County Defendants' Motion to Dismiss.

WHEREAS, County Defendants filed their Motion to Dismiss on April 21, 2022 with a hearing on June 2, 2022;

WHEREAS, under the recently amended Local Rule 230, Plaintiff's opposition is due on or before May 5, 2022, fourteen days after the motion is filed;

WHEREAS, under the prior version of Local Rule 230, Plaintiff's opposition would be due on or before May 19, 2022, fourteen (14) days before the hearing;

NOW, THEREFORE, Plaintiff and County Defendants hereby stipulate that Plaintiff may file his opposition to County Defendants' Motion to Dismiss on or before May 19, 2022.

**IT IS SO STIPULATED.**

Dated: April 29, 2022                    FIORE ACHERMANN

                                         /s/ Alexandra A. Hamilton
                                         Alexandra A. Hamilton, Esq.
                                         *Attorneys for Plaintiff*

Dated: April 29, 2022                    RIVERA HEWITT PAUL LLP

                                         /s/ Jonathan Paul
                                         *(as authorized on 4/29/2022)*
                                         Jonathan Paul
                                         Attorney for Defendants
                                         County of Placer, Sheriff Devon Bell, and Captain
                                         David Powers

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Pursuant to the foregoing Stipulation, Plaintiff Alejandro Arceo may file his opposition to Defendants County of Placer, Sheriff Devon Bell, and Captain David Powers' Motion to Dismiss on or before May 19, 2022.

Dated: May 2, 2022

Troy L. Nunley
United States District Judge

3