1  Jennifer Fiore, Esq. SBN: 203618
   Jennifer@theFAfirm.com
2  Sophia Achermann, Esq. SBN:262712
   Sophia@theFAfirm.com
3  Alexandra A. Hamilton, Esq. SBN: 280834
   Alexandra@theFAfirm.com
4  FIORE ACHERMANN
   340 Pine Street, Suite 503
5  San Francisco, CA 94104
   Tel./Fax: (415) 550-0650
6

7  Christopher S. Morris, Esq., SBN 163188
   cmorris@morrislawfirmapc.com
8  Danielle R. Pena, Esq., SBN 286002
   dpena@morrislawfirmapc.com
9  MORRIS LAW FIRM, APC
   501 West Broadway, Suite 1480
10 San Diego, CA 92101
   Telephone:  (619) 826-8060
11 Facsimile:   (619) 826-8065

12 Attorneys for Plaintiff Alejandro Arceo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ARCEO,<br><br>                     Plaintiff,<br><br>     v.<br><br>CITY OF ROSEVILLE, *et al,*<br><br>                     Defendants. | Case No. 2:20-cv-02334-TLN-DB<br><br>**ORDER ON STIPULATION TO CONTINUE TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS SUTTER ROSEVILLE MEDICAL CENTER AND SUTTER HEALTH'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       June 30, 2022<br>Time:      2:00 p.m.<br>Dept.:      2, 15th Floor<br>Judge:     Hon. Troy L. Nunley |

As such, for good cause being shown, the Court hereby **ORDERS** the following:

1. Plaintiff will have until August 16, 2022, to file an opposition to Defendants Sutter Roseville Medical Center and Sutter Health's (collectively "Defendants") Motion for Summary Judgment.
2. Defendants reply will be due on or before August 26, 2022.
3. The hearing date on Defendants' Motion for Summary Judgment is continued to September 8, 2022.

Dated: May 26, 2022

Troy L. Nunley
United States District Judge