Jennifer Fiore, Esq. SBN: 203618
Jennifer@theFAfirm.com
Sophia Achermann, Esq. SBN:262712
Sophia@theFAfirm.com
Alexandra A. Hamilton, Esq. SBN: 280834
Alexandra@theFAfirm.com
FIORE ACHERMANN
340 Pine Street, Suite 503
San Francisco, CA 94104
Tel./Fax: (415) 550-0650


Danielle R. Pena, Esq., SBN 286002
dpena@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065

Attorneys for Plaintiff Alejandro Arceo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ARCEO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ROSEVILLE, *et al.*,<br><br>    Defendants. | Civil No.: 2:20-CV-02334-TLN-DB<br><br>**ORDER RE: PLAINTIFF ALEJANDRO ARCEO'S REQUEST TO SEAL DOCUMENTS (LOCAL RULE 141)**<br><br>JUDGE: Hon. Troy L. Nunley/<br>           Hon. Deborah Barnes<br><br>ACTION FILED: November 20, 2020<br>TRIAL DATE: None Set |

1  The request of Plaintiff Alejandro Arceo came before this Court in due course. For good cause appearing, it is ordered that the documents filed with the Request to File Documents under Seal is GRANTED. Sealing is necessary to protect Plaintiff's highly sensitive mental health records.

Persons entitled to access the confidential documents filed under seal is limited to the parties in this action, the parties' attorneys or agents, and officers and employees of this Court. The sealing order shall remain in place for the duration of Plaintiff's life.

IT IS SO ORDERED.

Dated: August 17, 2022

_____
Troy L. Nunley
United States District Judge