AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

ALEJANDRO ARCEO

Plaintiff(s),

V.

CITY OF ROSEVILLE, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-cv-02334-DAD-DB

Notice is hereby given that, subject to approval by the court, __Gursharan Kaur__ (Party(s) Name) substitutes __Paul A. Cardinale__ (Name of New Attorney), State Bar No. __215812__ as counsel of record in place of __Jerome M. Varanini__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Medical Defense Law Group |
| Address: | 3800 Watt Avenue, Suite 245, Sacramento CA 95821 |
| Telephone: | (916) 244-9110     Facsimile (916) 244-9116 |
| E-Mail (Optional): | paul.cardinale@med-defenselaw.com |

I consent to the above substitution.

Date: 03/19/2024

*Gursharan Kaur* (Signature of Party(s))

I consent to being substituted.

Date: 3/6/2024

Jerome M. Varanini — Digitally signed by Jerome M. Varanini, Date: 2024.03.06 14:35:47 -08'00'
Jerome Varanini — Digitally signed by Jerome Varanini, Date: 2024.03.06 16:10:06 -08'00'
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 3/6/2024

Paul Cardinale — Digitally signed by Paul Cardinale, Date: 2024.03.06 16:10:47 -08'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 12, 2024

*Dale A. Drozd*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]