AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

ALEJANDRO ARCEO
          Plaintiff (s),
V.
CITY OF ROSEVILLE, et al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-cv-02334-DAD-DB

Notice is hereby given that, subject to approval by the court, __JEROMY ELLIS__ substitutes
(Party (s) Name)

__Paul A. Cardinale__, State Bar No. __2158 12__ as counsel of record in
(Name of New Attorney)

place of __Jerome M. Varanini__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Medical Defense Law Group
    Address: 3800 Watt Avenue, Suite 245, Sacramento CA 95821
    Telephone: (916) 244-9110    Facsimile (916) 244-9116
    E-Mail (Optional): paul.cardinale@med-defenselaw.com

I consent to the above substitution.
Date: 3,13,24
(Signature of Party (s))

I consent to being substituted.
Date: 3/6/2024
Jerome Varanini  *Digitally signed by Jerome Varanini Date: 2024.03.06 15:58:40 -08'00'*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/6/2024
Paul Cardinale
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 12, 2024
Dale A. Drozd
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]