UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO ARCEO,

Plaintiff,

v.

CITY OF ROSEVILLE, et al.,

Defendants.

No. 2:20-cv-02334-DAD-SCR

ORDER ADOPTING STIPULATIONS TO EXTEND PAGE LIMITS FOR IMPENDING MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 230, 234)

On October 27, 2026, plaintiff and defendants City of Roseville, Gary Smith, Curtis Watkins, Adrian Coghlan, Brian Lewis, James Haggerty, and Seth Addington ("City Defendants") filed a joint stipulation to extend the page limits for the briefing on City Defendants' impending motion for summary judgment. (Doc. No. 230.) On October 29, 2026, plaintiff and defendants California Forensic Medical Group, Inc., Diana McGinnis, David Duncan, Shea Phinney, Jerome Ellis, Dante Ereso, and Emma Getz ("CFMG Defendants") filed a separate joint stipulation to extend the page limits with respect to the CFMG defendants' impending motion for summary judgment. (Doc. No. 234.)

In the joint stipulation between plaintiff and the City Defendants, the parties have requested that the parties' briefing on the impending motion for summary judgment be extended as follows: (1) a 45-page limit for the motion for summary judgment; (2) a 45-page limit for

plaintiff's opposition brief; and (3) a 20-page limit for any reply briefs in support of the motion for summary judgment. (Doc. No. 230 at 2.) The parties explain that while plaintiff agreed to dismiss his first eight claims against defendants City of Roseville, Timoney, Phelps, and Hendrick, there are still federal and state law claims outstanding against these defendants. (*Id.*) The City Defendants intend to move for summary judgment on all claims remaining against them. (*Id.*) As such, the parties agree that filing a single motion would be the most efficient way for the court to resolve the issues raised by all seven defendants. (*Id.*)

In the stipulation between plaintiff and the CMFG Defendants, the parties request that the briefing on CMFG's impending motion for summary judgment be extended as follows: (1) a 40-page limit for CMFG's motions for summary judgment; (2) a 40-page limit on plaintiff's opposition; and (3) a 20-page limit on CFMG's reply brief in support of their motion for summary judgment. (*Id.* at 3.) In this stipulation, the parties explain that plaintiff agreed to dismiss all claims against defendants Sierra Gomes, Destiny Wollesen, Danielle Hickey, Holly Cambra, Gursharan Kaur, Tom Lancaster, and Daniel Weylant, there are still claims pending against the CFMG defendants. (*Id.* at 2.) As such, the CMFG defendants intend to move for summary judgment in their favor on plaintiffs' claims asserted against them, and the parties agree that filing a consolidated motion would be the most efficient way for the court to resolve the issues raised by these defendants as well. (*Id.* at 2.)

The undersigned's standing order in this action provides that "all moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages. Reply briefs filed by moving parties shall not exceed 15 pages." (Doc. No. 96 at 2.) It appears that the City Defendants and CFMG defendants would be unable to thoroughly argue for summary judgment in their favor under the current briefing page limit. Accordingly, the court finds good cause to grant the parties' respective stipulations (Doc. Nos. 230, 234) as follows:

1. The page limit on the briefing in the City Defendants' impending motion for summary judgment is extended as follows:
    a. The City Defendants' motion for summary judgment and plaintiff's opposition thereto shall not exceed 45 pages;

b. The City Defendants' reply in support of their motion for summary judgment shall not exceed 20 pages;

2. The page limit in the briefing in the CFMG Defendants' impending motion for summary judgment is extended as follows:

a. The CFMG Defendants' motion for summary judgment and plaintiff's opposition thereto shall not exceed 40 pages; and

b. The CFMG Defendants' reply in support of their motion for summary judgment shall not exceed 20 pages.[1]

IT IS SO ORDERED.

Dated: **October 30, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] Under the current scheduling order, the deadline for the filing of all substantive law and motion is today, October 30, 2026. (Doc. No. 226.) The Eastern District of California has been inundated with literally thousands of immigration habeas petitions over the last year that have only further strained the court's long-standing lack of judicial resources. Here, the parties have waited until the final days under the governing scheduling order to submit their stipulations and, presumably, defendants' motions for summary judgment. While the court will do its best to issue a ruling on the summary judgment motions in time to maintain the remaining dates set by the scheduling order, the parties should not be surprised if the court is unable to do so.